1  MITCHELL D. GLINER, ESQ.
   Nevada Bar #003419
2  3017 West Charleston Blvd., #95
   Las Vegas, NV  89102
3  (702) 870-8700
   (702) 870-0034 Fax
4  Attorney for Plaintiff

5
                    UNITED STATES DISTRICT COURT
6                        DISTRICT OF NEVADA

7

8
   ALICIA S. MORSE,                    )
9                                      )
        Plaintiff,                     )
10                                     )    No.  2:12-cv-00381-KJD-RJJ
   vs.                                 )
11                                     )
   USAA FEDERAL SAVINGS BANK,          )
12                                     )
        Defendant.                     )
13  _____  )

14

15     STIPULATION AND ORDER TO BOTH STAY THE DISCOVERY AND CASE
       MANAGEMENT DEADLINES PENDING DISPOSITION OF EXTANT MOTION
16     PRACTICE AND TO PROVIDE LEAVE TO FILE A RENEWED STIPULATED
         DISCOVERY PLAN AND SCHEDULING ORDER IF DEFENDANT'S
17               PENDING MOTION TO DISMISS IS DENIED
                          [FIRST REQUEST]
18

19       This Stipulation is filed pursuant to Local Rule 6-1.  This

20  action was filed March 8, 2012.  On September 7, 2012, Defendant

21  filed its Reply to Plaintiff's Response to Defendant's Motion to

22  Dismiss Plaintiff's Amended Complaint.  On October 9, 2012,

23  Plaintiff requested oral argument at the same time providing

24  supplemental authority.  On November 2, 2012, Defendant filed a

25  response to Plaintiff's request for oral argument.

26       Previously, this Honorable Court adopted the parties May 23,

27  2012 Stipulated Discovery Plan And Scheduling Order which provided

28  a discovery deadline of October 15, 2012.  The parties now

1 │ stipulate to stay the discovery and case management deadlines while

2 │ additionally requesting leave to file a new discovery plan in the

3 │ event Defendant's pending Motion To Dismiss is denied.

4 │         DATED:   November 2, 2012

5 │ MITCHELL D. GLINER, ESQ.                    LEWIS BRISBOIS BISGAARD
                                               & SMITH LLP
6 │

7 │
  │ /s/ Mitchell D. Gliner               /s/ Benjamin J. Miller
8 │ MITCHELL D. GLINER, ESQ.             V. Andrew Cass, Esq.
  │ Nevada Bar No. 003419                Nevada Bar No. 005246
9 │ 3017 W. Charleston Blvd., #95        Benjamin J. Miller, Esq.
  │ Las Vegas, Nevada  89102             Nevada Bar No. 010406
10│ Attorney for Plaintiff              6385  S.  Rainbow Blvd.,  #600
                                        Las Vegas, Nevada 89169
11│                                      Attorneys for Defendant

12│
  │                    IT IS SO ORDERED:
13│

14│

15│                    _____
  │                    UNITED STATES DISTRICT JUDGE
16│                    DATED:  _____Nov. 6, 2012_____

17│

18│

19│

20│

21│

22│

23│

24│

25│

26│

27│

28│
                                -2-