```
 1  MITCHELL D. GLINER, ESQ.
    Nevada Bar #003419
 2  3017 West Charleston Blvd., #95
    Las Vegas, NV  89102
 3  (702) 870-8700
    (702) 870-0034 Fax
 4  Attorney for Plaintiff
 5
                    UNITED STATES DISTRICT COURT
 6                       DISTRICT OF NEVADA
 7
 8
    ALICIA S. MORSE,              )
 9                                )
         Plaintiff,               )
10                                )   No. 2:12-cv-00381-KJD-RJJ
    vs.                           )
11                                )
    USAA FEDERAL SAVINGS BANK,    )
12                                )
         Defendant.               )
13  _____)
14
15    STIPULATION AND ORDER TO BOTH STAY THE DISCOVERY AND CASE
       MANAGEMENT DEADLINES PENDING DISPOSITION OF EXTANT MOTION
16      PRACTICE AND TO PROVIDE LEAVE TO FILE A RENEWED STIPULATED
          DISCOVERY PLAN AND SCHEDULING ORDER IF DEFENDANT'S
17              PENDING MOTION TO DISMISS IS DENIED
                          [FIRST REQUEST]
18
```

19     This Stipulation is filed pursuant to Local Rule 6-1.  This

20 action was filed March 8, 2012.  On September 7, 2012, Defendant

21 filed its Reply to Plaintiff's Response to Defendant's Motion to

22 Dismiss Plaintiff's Amended Complaint.  On October 9, 2012,

23 Plaintiff requested oral argument at the same time providing

24 supplemental authority.  On November 2, 2012, Defendant filed a

25 response to Plaintiff's request for oral argument.

26     Previously, this Honorable Court adopted the parties May 23,

27 2012 Stipulated Discovery Plan And Scheduling Order which provided

28 a discovery deadline of October 15, 2012.  The parties now

stipulate to stay the discovery and case management deadlines while additionally requesting leave to file a new discovery plan in the event Defendant's pending Motion To Dismiss is denied.

DATED: November 2, 2012

| MITCHELL D. GLINER, ESQ. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| /s/ Mitchell D. Gliner<br>MITCHELL D. GLINER, ESQ.<br>Nevada Bar No. 003419<br>3017 W. Charleston Blvd., #95<br>Las Vegas, Nevada  89102<br>Attorney for Plaintiff | /s/ Benjamin J. Miller<br>V. Andrew Cass, Esq.<br>Nevada Bar No. 005246<br>Benjamin J. Miller, Esq.<br>Nevada Bar No. 010406<br>6385 S. Rainbow Blvd., #600<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: Nov. 6, 2012